872 A.2d 1126

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Wayne David WASHINGTON, Petitioner.**

Supreme Court of Pennsylvania.

April 21, 2005.

***ORDER***

PER CURIAM.

**AND NOW,** this 21ST day of April, 2005, the Petition for Allowance of Appeal is hereby denied without prejudice to petitioner to file any claims of ineffectiveness in a petition pursuant to the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541–46. *See Commonwealth v. Grant,* 572 Pa. 48, 813 A.2d 726 (2002).